**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **KENNETH DON BAILEY** and | § | |
| **LINDA BAILEY,** | § | |
| | § | |
| **Defendants,** | § | **No. 3:11-cv-194-O-BN** |
| | § | |
| **AND** | § | |
| | § | |
| **AUSTIN BANK, ET AL.,** | § | |
| | § | |
| **Garnishees.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in

this case. No objections were filed. The District Court reviewed the proposed findings, conclusions

and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions

and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's Motion for

Final Order of Garnishment should be and is hereby **GRANTED**.

**SO ORDERED** on this **7th** day of **August**, **2013**.


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**